IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CRIMINAL ACTION 11-00141-KD-C |
| TONY SCOTT GOLDEN, | ) | |
| Defendant. | ) | |

**ORDER**

This matter came before the Court on this date for a competency hearing regarding Defendant Tony Scott Golden.

On May 23, 2012, this Court entered an order – after holding a competency hearing pursuant to 18 U.S.C. § 4247(d) -- wherein the Court concluded that by a preponderance of the evidence Defendant Golden was "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense[.]" 18 U.S.C. § 4241(d). (Doc. 24). As such, Defendant Golden was found to be incompetent to stand trial and he was committed to the custody of the Attorney General for psychiatric treatment at a suitable facility with the Federal Bureau of Prisons. (Id.) Counsel and the Court have now received the Forensic Psychiatric Evaluation Report with a Certification of Restoration of Competency to Stand Trial from the Bureau of Prisons, stating that Defendant Golden's treatment has concluded and in the opinion of the medical examiners, he now competent to stand trial. (Doc. 25).

On March 27, 2013, a hearing pursuant to the provisions of 18 U.S.C. § 4247(d) was held before the undersigned to determine whether Defendant Golden is competent to stand trial. Defendant Golden, his counsel John Furman, and Assistant United States Attorney Adam

Overstreet appeared for the hearing.  The Forensic Psychiatric Evaluation Report and the opinions contained therein were the only evidence offered by Defendant Golden and the Government regarding the issue of Defendant Golden's competency.

Upon consideration of all matters presented, including the agreement of the parties and the opinions of the medical examiner contained in the Forensic Psychiatric Evaluation Report, the Court finds by a preponderance of the evidence that Defendant Golden is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and therefore, is **COMPETENT** to stand trial.  It is so **ORDERED.**

Moreover, at the March 27, 2013 hearing Defendant Golden asserted an oral Notice of Intent to Plead Guilty as to Count 1.  (Doc. 27).  Accordingly, it is further **ORDERED** that a change of plea hearing is scheduled for **April 5, 2013 at 9:00 a.m.,** before United States District Judge Kristi K. DuBose, in Courtroom 5-A, United States District Court, 113 St. Joseph St., Mobile, Alabama, 36602.

The parties are reminded that any written plea agreement must be filed one full day prior to the day of the plea hearing.

The United States Marshal is **DIRECTED** to produce Defendant Golden for this hearing.

**DONE** and **ORDERED** this the **27**th day of **March 2013.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**